IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DOUGLAS LEWIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 15-00303-WS-N |
| | ) |
| HUEY "HOSS" MACK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 22, 2015, is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that plaintiff's motion to proceed without prepayment of fees (Doc. 2) be **DENIED**, this action be **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as strike under 28 U.S.C. § 1915(g).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE and ORDERED** this the 29th day of February, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**