IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DOUGLAS LEWIS, JR., | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-303-WS-N |
| HUEY "HOSS" MACK, et al., | : | |
| Defendants. | : | |

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present action is malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). As such, the petition is due to be and is hereby **DISMISSED without PREJUDICE**. This action is counted as a **STRIKE** for the purposes of 28 U.S.C. § 1915(g).

**DONE** this the 29th day of February, 2016.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**